### JEFF DAVIS v. THE STATE.

No. 10029.  Delivered June 2, 1926.

**Possessing Material, Etc., for Manufacturing Intoxicating Liquor—No Statement of Facts—Errors in Charge, Not Perceived.**

Where there is no statement of facts in a record, appellant's special charges, which were refused by the court, we are not able to appraise the action of the trial court in refusing such requested charges.

Appeal from the District Court of Hopkins County. Tried below before the Hon. J. M. Melson, Judge.

Appeal from a conviction for possessing material, etc., for the manufacture of intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for unlawful possession of material and equipment for the manufacture of intoxicating

liquor, with punishment assessed at one year in the penitentiary.

No statement of facts is found in the record. A number of special charges were refused and exceptions reserved to the court's action in that respect but none of these matters can be appraised by the court in the absence of the facts proven upon the trial.

We must presume the ruling of the court was correct in the respect mentioned and in the absence of a showing to the contrary it is the duty of the court to affirm the judgment which is accordingly so ordered.

*Affirmed.*